## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Curtis D. Walbert

                    Debtor

CENLAR FSB

                v.

Curtis D. Walbert

                  and

Frederick L. Reigle Esq.

                  Trustee

Chapter 13

NO. 13-13096 REF

## ORDER

AND NOW, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on November 13, 2013  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. 11 U.S.C. Sections 362, is modified to allow CENLAR FSB and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 815 Fernhill Lane Whitehall, PA 18052.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: October 3, 2016**

United States Bankruptcy Judge.

cc: See attached service list