*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Curtis Donald Walbert
    Debtor(s)

Case No: 13–13096–ref
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments Filed by FREDERICK L. REIGLE Represented by LISA MARIE CIOTT

(Rescheduled from October 27, 2016)

    on: 12/1/16

    at: 09:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  10/4/16

Timothy B. McGrath
Clerk of Court

77 – 73
Form 167