United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Curtis Donald Walbert
    Debtor

Case No. 13-13096-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Oct 03, 2016
Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2016.
db      +Curtis Donald Walbert,    815 Fernhill Ln,    Whitehall, PA 18052-7803
cr      +PA Dept of Revenue,    c/o Denise A. Kuhn,    21 S. 12 th Street,    3rd floor,
       Philadelphia, PA 19107-3604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2016            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2016 at the address(es) listed below:
      DENISE A. KUHN    on behalf of Creditor    PA Dept of Revenue dkuhn@attorneygeneral.gov
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Cenlar FSB bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      LYNN E. FELDMAN    on behalf of Debtor Curtis Donald Walbert feldmanfiling@rcn.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Curtis D. Walbert<br>　　　　　　　　　　Debtor<br><br>CENLAR FSB<br>　　　　v.<br>Curtis D. Walbert<br>　　　　and<br>Frederick L. Reigle Esq.<br>　　　　　　　　　　Trustee | Chapter 13<br><br><br>NO. 13-13096 REF |

**ORDER**

AND NOW, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on November 13, 2013 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. 11 U.S.C. Sections 362, is modified to allow CENLAR FSB and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 815 Fernhill Lane Whitehall, PA 18052.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: October 3, 2016**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list