United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Curtis Donald Walbert
    Debtor

Case No. 13-13096-ref
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Lisa | Page 1 of 1 | Date Rcvd: Oct 04, 2016 |
|---|---|---|---|
| | Form ID: 167 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2016.
db      +Curtis Donald Walbert,   815 Fernhill Ln,   Whitehall, PA 18052-7803
cr      +PA Dept of Revenue,   c/o Denise A. Kuhn,   21 S. 12 th Street,   3rd floor,
       Philadelphia, PA 19107-3604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2016 at the address(es) listed below:
     DENISE A. KUHN     on behalf of Creditor     PA Dept of Revenue dkuhn@attorneygeneral.gov
     FREDERICK L. REIGLE     ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
     JOSHUA ISAAC GOLDMAN     on behalf of Creditor    Cenlar FSB bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     LISA MARIE CIOTTI     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
     LYNN E. FELDMAN     on behalf of Debtor Curtis Donald Walbert feldmanfiling@rcn.com
     United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                         TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Curtis Donald Walbert
    Debtor(s)

Case No: 13–13096–ref
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments Filed by FREDERICK L. REIGLE Represented by LISA MARIE CIOTT

(Rescheduled from October 27, 2016)

on: 12/1/16

at: 09:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 10/4/16

Timothy B. McGrath
Clerk of Court