UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Re:  
CURTIS DONALD WALBERT

Debtor,

**Notice of Hearing**
**November 3, 2016 @ 9:30 a.m.**
**U.S. Bankruptcy Court**
**Suite 300, The Madison Bldg.**
**Courtroom 1**
**400 Washington Street**
**Reading, PA 19601**

**CHAPTER 13**
**CASE NO: 13-13096 REF**

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING

Lynn E. Feldman, Esquire, Attorney for Debtor has filed a Motion to Vacate Order for Relief from Automatic Stay of October 3, 2016 and Reinstate Bankruptcy Stay as to Cenlar FSB.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant Motion to Vacate Order for Relief from Automatic Stay of October 3, 2016 and Reinstate Bankruptcy Stay as to Cenlar FSB, or if you want the Court to consider your views on the Motion, then on or before**, October 21, 2016** you must do all of the following:

(a) File an answer explaining your position at:

**United States Bankruptcy Court**
**Suite 300, The Madison Building**
**400 Washington Street**
**Reading, PA 19601**

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    Mail a copy to the Movant's Attorney:

>  Lynn E. Feldman, Esquire
>  Feldman Law Offices, P.C.
>  221 N. Cedar Crest Blvd.
>  Allentown, PA  18104
>  Telephone No.:  (610) 530-9285
>  Facsimile No.:  (610) 437-7011

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

    **3.**    A hearing on the Motion is scheduled to be held before the Honorable Richard E. Fehling on **November 3, 2016 at 9:30 a.m.** in **Courtroom 1, United States Bankruptcy Court, Suite 300, The Madison Building, 400 Washington Street, Reading, PA  19601.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).**

    4.    If a copy of their motion is not enclosed, a copy of one will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office at 610-208-5036 to find out whether the Hearing has been canceled because no one filed an answer.

Date*:  October 7, 2016*        */s/ Lynn E. Feldman, Esquire*
                                                      LYNN E. FELDMAN, ESQUIRE
                                                    Attorney for Debtorss
                                                    PA I.D. No. 35996
                                                    221 N. Cedar Crest Blvd.
                                                    Allentown, PA  18104
                                                    (610) 530-9285