UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

CURTIS DONALD WALBERT
                                                : Bankruptcy No. 13-13096REF
        Debtor(s)                               : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 1, 2016**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

LYNN E FELDMAN ESQ
FELDMAN LAW OFFICES PC
221 N CEDAR CREST BLVD
ALLENTOWN PA 18104-

CURTIS DONALD WALBERT
815 FERNHILL LN
WHITEHALL,PA.18052-7803