United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 13-13096-ref
Curtis Donald Walbert                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa              Page 1 of 2             Date Rcvd: Dec 01, 2016
                            Form ID: pdf900         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2016.
db          +Curtis Donald Walbert,   815 Fernhill Ln,   Whitehall, PA 18052-7803
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13016426    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   PO Box 5155,   Norcross, GA  30091-5155)
13128401    +CENLAR FSB,   425 Phillips Boulevard,   Ewing, NJ 08618-1430
13068864     Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13118527     Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13029510    +Cenlar FSB,   KML Law Group, P.C.,   701 Market Street, Ste 5000,   Philadelphia, PA 19106-1541
13016427     Cenlar Fsb,   425 Phillips Blvd,   Trenton, NJ  08618-1430
13016428     Central Credit Audit,   PO Box 735,   Sunbury, PA 17801-0735
13016429     Chase Advantage Credit,   3700 Wiseman Blvd,   San Antonio, TX 78251-4322
13016430     County Of Lehigh,   Fiscal Office Room 119,   17 S 7th St,   Allentown, PA  18101-2401
13016432     DSRM National Bank/Valero,   PO Box 631,   Amarillo, TX  79105-0631
13016433     Exxon,   PO Box 6497,   Sioux Falls, SD  57117-6497
13088366     Figi's Inc.,   Attn: Recovery Operations,   PO Box 7713,   Marshfield WI 54449-7713
13016434     Figis,   PO Box 7713,   Marshfield, WI  54449-7713
13055324    +Ginny's,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
13016435     Ginnys Inc,   1112 7th Ave,   Monroe, WI  53566-1364
13016437     KML Law Group,   Ste 5000-BNY Mellon Independence Center,   701 Market St,
              Philadelphia, PA  19106-1538
13055493    +Montgomery Ward,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
13032090    +PA Dept of Revenue,   c/o Denise A. Kuhn,   21 S. 12 th Street,   3rd floor,
              Philadelphia, PA 19107-3604
13016440     PP Gold Credit Union,   4703 Hamilton Blvd,   Allentown, PA 18103-6066
13016442     SST Card Services,   PO Box 23060,   Columbus, GA  31902-3060
13016441     Seventh Ave,   1112 7th Ave,   Monroe, WI  53566-1364
13055325    +Seventh Avenue,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
13016443     Swiss Colony,   1112 7th Ave,   Monroe, WI  53566-1364
13055491    +The Swiss Colony,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,
              Dallas, TX 75374-0933
13127557    +Wells Fargo Bank,   PO Box 5058 MAC P6053-021,   Portland OR 97208-5058
13016445     Whitehall Coplay School District,   2940 Macarthur Rd,   Whitehall, PA 18052-3408
13016446     Whitehall Township,   3221 Macarthur Rd,   Whitehall, PA 18052-2921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: robertsl2@dnb.com Dec 02 2016 02:18:45    Dun & Bradstreet, INC,
              3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 02 2016 02:18:55    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13016431     E-mail/Text: mrdiscen@discover.com Dec 02 2016 02:18:03    Discover,   6500 New Albany Rd E,
              New Albany, OH  43054-8730
13025357     E-mail/Text: mrdiscen@discover.com Dec 02 2016 02:18:03    Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13016436    +E-mail/Text: bankruptcy@icsystem.com Dec 02 2016 02:19:10    I C Systems Collections,
              444 Highway 96 East,   Saint Paul, MN 55127-2557
13016438    +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 02 2016 02:18:07    Kohls,   PO Box 3115,
              Milwaukee, WI 53201-3115
13083828     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 02 2016 02:21:09
              Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13054295     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 02 2016 02:18:26
              Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, Pa.  17128-0946
13089221     E-mail/Text: appebnmailbox@sprint.com Dec 02 2016 02:18:35    Sprint Nextel,
              Attn Bankruptcy Dept,   PO Box 7949,   Overland Park KS 66207-0949
13016444     E-mail/Text: bnc-bluestem@quantum3group.com Dec 02 2016 02:19:11    Webbank/Fingerhut,
              6250 Ridgewood Rd,   Saint Cloud, MN  56303-0820
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
cr*         +PA Dept of Revenue,   c/o Denise A. Kuhn,   21 S. 12 th Street,   3rd floor,
              Philadelphia, PA 19107-3604
13016439    ##Michael F Ratchford, Esq,   Edwin A Abrahamsen & Assoc,   120 N Keyser Ave,
              Scranton, PA  18504-9701
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-4          User: Lisa                 Page 2 of 2                   Date Rcvd: Dec 01, 2016
                              Form ID: pdf900            Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                                             Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2016 at the address(es) listed below:
      DENISE A. KUHN    on behalf of Creditor    PA Dept of Revenue dkuhn@attorneygeneral.gov
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Cenlar FSB bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      LYNN E. FELDMAN    on behalf of Debtor Curtis Donald Walbert feldmanfiling@rcn.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                 TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

CURTIS DONALD WALBERT
                                                    : Bankruptcy No. 13-13096REF
        Debtor(s)                                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                    BY THE COURT

**Date: December 1, 2016**

                                                    _____
                                                    Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

LYNN E FELDMAN ESQ
FELDMAN LAW OFFICES PC
221 N CEDAR CREST BLVD
ALLENTOWN PA 18104-

CURTIS DONALD WALBERT
815 FERNHILL LN
WHITEHALL,PA.18052-7803